IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DARRIN FARRELL             )
                              )
             Plaintiff,    )
                              )
v.                              )
                              )
SYNTHES (U.S.A.),        )
                              )
             Defendant.    ) Case No.: 3:06-cv-_____
_____ )

**NOTICE OF REMOVAL**

TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

This notice of Defendant Synthes (U.S.A.) ("Synthes") respectfully shows:

1.  On August 22, 2005, Plaintiff filed a Complaint in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, and that action was assigned the Case Number 3AN-05-10740 CI.  On December 13, 2005, Synthes received first notice of plaintiff's Complaint through a letter from Plaintiff's attorney with the Summons and Complaint. (Declaration of Rosa Ryan).  Plaintiff's Complaint asserts product liability claims arising out of the implantation of a Synthes Calcaneal Plate in Plaintiff's ankle.  Synthes' answer was filed on January 9, 2006.

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
____

(907) 279-9574

2.    Defendant Synthes (U.S.A.) ("Synthes") hereby files this Notice of Removal to remove this action to the United States District Court for the District of Alaska at Anchorage, pursuant to 28 U.S.C. §§ 1332 and 1441.

3.    In compliance with 28 U.S.C. § 1446(a), a copy of Plaintiff's Summons and Complaint and Synthes' Answer is attached hereto as *Exhibit A*.  A Notice of Removal to the Clerk of Superior Court that will be filed with the Superior Court for the State of Alaska, Third Judicial District at Anchorage, pursuant to 28 U.S.C. § 1446(d) is attached hereto as *Exhibit B*. Synthes' Notice of Removal to Plaintiff as required under the same statute is attached as *Exhibit C*.

A.    Original Jurisdiction is Vested in Federal Court.

This Court has original jurisdiction over the subject matter of this action under 28 U.S.C. § 1332 because Plaintiff and Defendant are citizens of different states and the amount in controversy exceeds $75,000, exclusive of costs and interest.

B.    Plaintiff Is a Citizen of Alaska.

At all times relevant to this action, Plaintiff, Darrin Farrell was a resident and citizen of the State of Alaska. Complaint, ¶ 1.

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033

(907) 279-9574

99869 - Notice of Removal
*Farrell v. Synthes (U.S.A.)*; Case No.: 3:06-cv-_____; Page 2 of 4

C.    <u>Defendant Is Not a Citizen of Alaska</u>.

Synthes is a general partnership with its principal place of business in Pennsylvania. Synthes' two general partners are SYTH, Inc. and Synthes North America, Inc. Both general partners are Delaware corporations with their principal places of business in Pennsylvania. (Declaration of Rosa Ryan).

D.    <u>The Amount in Controversy Exceeds $75,000</u>.

Plaintiff's Complaint alleges that damages are in excess of $100,000. Complaint, p. 7.

E.    <u>Removal Is Timely</u>.

The removal of the Superior Court action to this Court is timely under 28 U.S.C. § 1446(b) because it is being removed within thirty days of initial service of the complaint. Synthes' first knowledge of the Summons and Complaint was with its receipt on December 13, 2005.

F.    <u>Venue Is Proper</u>.

This Court is in the United States District Court for the District embracing the place where the State action is pending; and, thus, this Court is the appropriate court for removal. 28 U.S.C. § §1441(a) and 81A; CR 3.3(b).

WHEREFORE, Synthes gives notice that this action formerly pending in the Superior Court for the State of Alaska, Third Judicial District, is hereby removed to this court.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

99869 - Notice of Removal
*Farrell v. Synthes (U.S.A.)*; Case No.: 3:06-cv-_____; Page 3 of 4

DATED this 12th day of January, 2006, at Anchorage, Alaska.

DeLisio Moran Geraghty & Zobel, P.C.
Attorneys for Synthes (U.S.A.)

/s/ Michael C. Geraghty

By: _____
Michael C. Geraghty
Bar No. 7811097
DeLisio Moran Geraghty & Zobel P.C.
943 W. 6th Avenue
Anchorage, AK 99501
Phone: (907) 279-9574
Fax: (907) 276-4231
E-mail: mgeraghty@dmgz.com

This is to certify that a true copy of
the foregoing was served via electronic
service or U.S. Mail this 12th day of
January, 2006, to the following:

David H. Shoup, Esq.
Tindall Bennett & Shoup, P.C.
508 W. 2nd Ave., 3rd Floor
Anchorage, AK 99501

/s/ Juliana Wood

By _____
Juliana Wood

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
____
(907) 279-9574

99869 - Notice of Removal
*Farrell v. Synthes (U.S.A.)*; Case No.: 3:06-cv-_____; Page 4 of 4