IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DARRIN FARRELL,                    )
                                   )
                                   )
            Plaintiff,             )
                                   )
v.                                 )   Case No.: 3:06-CV_____
                                   )
SYNTHES (U.S.A.),                  )
                                   )
            Defendants.            )
_____)

### DECLARATION OF ROSA RYAN

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

I, Rosa Ryan, hereby state and declare as follows:

1.   I am an attorney and employee of defendant Synthes (U.S.A.) ("Synthes").  I am competent to testify to the matters set forth herein and make this Declaration of my own personal knowledge and belief in support of Synthes' removal of this matter.

2.   Synthes is a general partnership with its principal place of business in Pennsylvania.  Synthes' two general partners are SYTH, Inc. and Synthes North America, Inc.  Both general partners are Delaware corporations with their principal places of business in Pennsylvania.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

00099865Rosa Ryan
Case No.: 3:06-cv-_____ ; Page 1 of 2

3.    Synthes first received notice of plaintiff's Complaint on December 13, 2005, through a letter from Plaintiff's attorney with the Summons and Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Rosa Ryan

SUBSCRIBED AND SWORN to before me this 12ᵗʰ day of January, 2006.

_____
Notary Public in and for Pennsylvania
My Commission Expires: Aug. 18, 2008

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Joanna Franklin Range, Notary Public
West Goshen Twp., Chester County
My Commission Expires Aug. 18, 2008
Member, Pennsylvania Association of Notaries

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

00099865Rosa Ryan
Case No.: 3:06-cv-_____ ; Page 2 of 2