IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DARRIN FARRELL,            )<br>                           )<br>         Plaintiff,        )<br>                           )<br>v.                         )<br>                           )<br>SYNTHES USA,               )<br>                           )<br>         Defendant.        ) Case No. 3AN-05-10740 CI<br>_____) | |

### NOTICE OF REMOVAL TO COUNSEL

TO:   DAVID H. SHOUP
      Tindall Bennett & Shoup, P.C.
      508 W. 2nd Ave., 3rd Floor
      Anchorage, AK 99501

PLEASE TAKE NOTICE that defendant Synthes (U.S.A.) has this day filed a notice of removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the District of Alaska.

DATED this 12th day of January, 2006, at Anchorage, Alaska.

DeLisio Moran Geraghty & Zobel, P.C.
Attorneys for Synthes (U.S.A.)

By: _____
    Michael C. Geraghty
    Bar No. 7811067

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033

(907) 279-9574

99870 – Notice of Removal to Counsel
*Farrell v. Synthes (U.S.A.)*; Case No.: 3AN-05-10740 CI; Page 1 of 2

This is to certify that a true copy
of the foregoing was mailed this 12th
day of January, 2006, to the following:

David H. Shoup, Esq.
Tindall Bennett & Shoup, P.C.
508 W. 2nd Ave., 3rd Floor
Anchorage, AK 99501

By _____
    Juliana Wood

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

99870 – Notice of Removal to Counsel
*Farrell v. Synthes (U.S.A.)*; Case No.: 3AN-05-10740 CI; Page 2 of 2