IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARRIN FARRELL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SYNTHES (U.S.A.), | ) |
| | ) |
| Defendant. | ) Case No.: 3:06-cv-00012-JWS |
| | ) |

**MOTION FOR PARTICIPATION BY NON-RESIDENT ATTORNEY**

Pursuant to Local Civil Rule 83.1(d), Defendant Synthes (U.S.A.) respectfully makes an application for, and requests an order permitting, its attorney Christopher W. Tompkins to appear and participate *pro hac vice* in the above-captioned case. Christopher W. Tompkins ("Tompkins") is a member of the law firm of Betts, Patterson & Mines, P.S., One Convention Place, Suite 1400, 701 Pike Street, Seattle, Washington 98101. Tompkins is a member in good standing of the bar of the State of Washington.

Tompkins will be associated in this case with the undersigned attorney, Michael C. Geraghty ("Geraghty"), DeLisio Moran Geraghty & Zobel, P.C., 943 W. Sixth Avenue, Anchorage, Alaska 99501. Geraghty is an active member of the Alaska Bar Association.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Doc. No. 100014
*Farrell v. Synthes (U.S.A.)*; Case No.: 3:06-cv-00012-JWS; Page 1 of 3

Attached in support of this motion are the following documents:

1. Declaration of Christopher W. Tompkins in Support of Motion to Appear Pro Hac Vice on Behalf of Defendant Synthes (U.S.A.), in accordance with Local Civil Rule 83.1(d)(4)[A]; and

2. Certificate of good standing for Tompkins from the Washington State Bar Association, in accordance with Local Civil Rule 83.1(d)(4)[B].

DATED this 23rd day of January, 2006, at Anchorage, Alaska.

DeLisio Moran Geraghty & Zobel, P.C.
Attorneys for Synthes (U.S.A.)

By: /s/ Michael C. Geraghty
Michael C. Geraghty
Bar No. 7811097
DeLisio Moran Geraghty & Zobel P.C.
943 W. 6th Avenue
Anchorage, AK 99501
Phone: (907) 279-9574
Fax: (907) 276-4231
E-mail: mgeraghty@dmgz.com

By: [signature]
Christopher W. Tompkins
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101
Phone: (206) 292-9988
E-mail: ctompkins@bpmlaw.com

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.
943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
(907) 279-9574

Doc. No. 100014
*Farrell v. Synthes (U.S.A.)*; Case No.: 3:06-cv-00012-JWS; Page 2 of 3

This is to certify that a true copy of the foregoing was served via electronic service or U.S. Mail this 24th day of January, 2006, to the following:

David H. Shoup, Esq.
Tindall Bennett & Shoup, P.C.
508 W. 2nd Ave., 3rd Floor
Anchorage, AK 99501

By /s/ Juliana Wood
    Juliana Wood

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Doc. No. 100014
*Farrell v. Synthes (U.S.A.)*; Case No.: 3:06-cv-00012-JWS; Page 3 of 3