IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARRIN FARRELL,<br><br>    Plaintiff,<br><br>v.<br><br>SYNTHES (U.S.A.),<br><br>    Defendant. | Case No.: 3:06-cv-00012-JWS |

### DECLARATION OF CHRISTOPHER TOMPKINS

I, Christopher W. Tompkins, am over 18 years old and competent to testify to the matters set forth herein:

1. I am an attorney for Defendant Synthes (U.S.A.) in this action. I make this declaration based upon my own personal knowledge and belief.

2. I have not been known by any names other than Christopher W. Tompkins.

3. I am a member of the law firm Betts, Patterson & Mines, P.S. My office address is One Convention Place, Suite 1400, 701 Pike Street, Seattle, Washington 98101.

4. My residence address is 3926 - 47th Avenue, NE, Seattle, Washington 98105.

5. I have been admitted to practice in the following jurisdictions and courts:

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

      a.    Washington State Bar Association, 1981
           2101 Fourth Ave., Suite 400
           Seattle, WA   98121

      b.    State Bar of California, 1975 (inactive)
           1201 K Street, Suite 720
           Sacramento, CA   95814

      c.    Iowa State Bar Association, 1974 (inactive)
           521 East Locust
           Des Moines, IA   50309

      d.    Ninth Circuit Court of Appeals, 1981
           P.O. Box 193939
           San Francisco, CA   94110

      e.    Federal Circuit Court of Appeals, approx. 1998
           717 Madison Place, N.W.
           Washington, D.C. 20439

      f.    Eighth Circuit Court of Appeals, 1974
           111 South Tenth Street
           St. Louis, MO   63102

      g.    Western District of Washington, 1981
           700 Stewart Street, Suite 9000
           Seattle, WA   98101

      h.    Eastern District of Washington, 1986
           W. 920 Riverside Ave., Room 888
           Spokane, WA   99210

      i.    Various other federal courts.

6. I certify that I am now a member in good standing in all jurisdictions and courts to which I have been admitted to practice law, and that I am not the subject of any pending disciplinary actions.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Doc. No. 100016
*Farrell v. Synthes (U.S.A.)*; Case No.: 3:06-cv-00012-JWS; Page 2 of 4

7.  I certify that I have never been suspended, disbarred, or otherwise disciplined in any jurisdiction or court to which I have been admitted to practice.

8.  I certify that I have read and understand the local rules of the United States District Court for the District of Alaska.

9.  Attached hereto as Exhibit A is a status certificate issued by the Washington State Bar Association certifying my admission to and compliance with the Washington State Bar Association.

I declare the foregoing to be true and accurate to the best of my knowledge under penalty of perjury.

                    Christopher W. Tompkins
                    Betts, Patterson & Mines, P.S.
                    One Convention Place, Suite 1400
                    701 Pike Street
                    Seattle, WA 98101
                    Phone: (206) 292-9988
                    E-mail: ctompkins@bpmlaw.com

Executed this 23rd day of January, 2006, at Seattle, Washington.

GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Doc. No. 100016
*Farrell v. Synthes (U.S.A.)*; Case No.: 3:06-cv-00012-JWS; Page 3 of 4

This is to certify that a true copy of the foregoing was served via electronic service or U.S. Mail this 24th day of January, 2006, to the following:

David H. Shoup, Esq.
Tindall Bennett & Shoup, P.C.
508 W. 2nd Ave., 3rd Floor
Anchorage, AK 99501

By  /s/ Juliana Wood
    _____
    Juliana Wood

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Doc. No. 100016
*Farrell v. Synthes (U.S.A.)*; Case No.: 3:06-cv-00012-JWS; Page 4 of 4