IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DARRIN FARRELL, )
)
    Plaintiff, )
)
vs. ) Case No. 3:06-CIV-00012-JWS
)
SYNTHES USA, )
)
    Defendant. )
_____ )

**PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S
MOTION FOR PARTICIPATION BY NON-RESIDENT ATTORNEY**

Plaintiff Darrin Farrell does not oppose /Defendant's Motion For Participation By Non-Resident Attorney, dated January 23, 2006.

DATED this 26th day of January, 2006.

TINDALL BENNETT & SHOUP
Attorneys for Plaintiff

By: _____
David H. Shoup
ABA #8711106

I HEREBY CERTIFY that on this 26th day of January, 2006,, a true and correct copy of the foregoing served via CM/ECF Electronic service or mail to the following:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel
943 W. 6th Avenue
Anchorage, AK 99501

By: _____
Tindall Bennett & Shoup

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536