**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**


*DARRIN FARRELL*                    v.    *SYNTHES (U.S.A.)*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:06-cv-00012-JWS


PROCEEDINGS:    **ORDER FROM CHAMBERS**          Date:  January 27, 2006

_____

     The motion for leave to appear *pro hac vice* at docket 5 is **GRANTED** contingent upon payment of the applicable *pro hac vice* fee (if that has not already been paid).