IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DARRIN FARRELL                    )
                                  )
            Plaintiff,            )
                                  )
v.                                )
                                  )
SYNTHES (U.S.A.),                 )
                                  )
            Defendant.            ) Case No.: 3:06-cv-00012-JWS
_____  )

**NOTICE TO COURT RE: SERVICE LIST**

    Per the Court's order dated January 17, 2006, the following

is the complete service list of all parties involved in the

above captioned case:

        David H. Shoup, Esq.
        Tindall Bennett & Shoup, P.C.
        508 West 2nd Avenue, Third Floor
        Anchorage, AK 99501
        Phone: (907) 278-8533
        Fax: (907) 278-8536
        Email: shoup@tindall-law.com
        Attorneys for Plaintiff Darrin Farrell

        Michael C. Geraghty, Esq.
        DeLisio, Moran, Geraghty & Zobel PC
        943 West 6th Avenue
        Anchorage, AK 99501
        Phone: (907) 279-9574
        Fax: (907) 276-4231
        Email: mgeraghty@dmgz.com
        Attorneys for Defendant Synthes

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

100186 - Notice re: Complete Service List
*Farrell v. Synthes (U.S.A.); Case No.: 3:06-cv-00012-JWS; Page 1 of 2*

Christopher W. Tompkins
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101
Phone: (206) 292-9988
Email: ctompkins@bpmlaw.com
Attorneys for Defendant Synthes

Defendant provided this court with copies of all documents filed in the Superior Court action (case no.: 3AN-05-10740CI), as attached exhibits to Defendant's Notice of Removal filed on January 12, 2006, pursuant to 28 U.S.C. § 1446(a).

DATED this 27th day of January, 2006, at Anchorage, Alaska.

DeLisio Moran Geraghty & Zobel, P.C.
Attorneys for Synthes (U.S.A.)

/s/ Michael C. Geraghty
By: _____
Michael C. Geraghty
Bar No. 7811097
DeLisio Moran Geraghty & Zobel P.C.
943 W. 6th Avenue
Anchorage, AK 99501
Phone: (907) 279-9574
Fax: (907) 276-4231
E-mail: mgeraghty@dmgz.com

This is to certify that a true copy of
the foregoing was served via electronic
service or U.S. Mail this 27th day of
January, 2006, to the following:

David H. Shoup, Esq.
Tindall Bennett & Shoup, P.C.
508 W. 2nd Ave., 3rd Floor
Anchorage, AK 99501

/s/ Juliana Wood
By _____
Juliana Wood

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
____
(907) 279-9574

100186 - Notice re: Complete Service List
*Farrell v. Synthes (U.S.A.)*; Case No.: 3:06-cv-00012-JWS; Page 2 of 2