## Wood, Juliana

**From:** cmecfmail@akd.uscourts.gov
**Sent:** Friday, January 27, 2006 12:43 PM
**To:** cmecfmail@akd.uscourts.gov
**Subject:** Activity in Case 3:06-cv-00012-JWS Farrell v. Synthes (U.S.A.) "Clerk's Notice"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Alaska

Notice of Electronic Filing

The following transaction was received from PRR, entered on 1/27/2006 at 12:43 PM AST and filed on 1/27/2006
**Case Name:**      Farrell v. Synthes (U.S.A.)
**Case Number:**    3:06-cv-12
**Filer:**
**Document Number:** 9

**Docket Text:**
CLERK'S NOTICE to C. Tompkins re [7] Order on Motion for Leave to Appear; $150.00 non-resident atty fee due w/i 15 days. (PRR)

The following document(s) are associated with this transaction:

**3:06-cv-12 Notice will be electronically mailed to:**

Michael C. Geraghty    jwood@dmgz.com, mgeraghty@dmgz.com

David H. Shoup    Shoup@Tindall-law.com, Patty.Taylor@Tindall-law.com

**3:06-cv-12 Notice will be delivered by other means to:**

Christopher W. Tompkins
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101

1/27/2006

```
           UNITED STATES
           DISTRICT COURT
            District of Alaska
           Anchorage Division

          # 00127506 - SF
          January 27, 2006


  Code    Case #    Qty      Amount

  6855XX-N 06-12 CV          150.00 CK


  TOTAL→              150.00


  FROM: DELISIO MORAN ET AL
        FOR CHRISTOPHER TOMPKINS
        NON-RES ATTY FEE
        3:06-CV-00012 JWS
```

RECEIVED
JAN 27 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

## NOTICE TO NON-RESIDENT ATTORNEY

To: Christopher Tompkins      Case Number: 3:06-cv-00012-JWS

Case Title: Farrell v. Synthes (U.S.A.)

This Notice is being sent to advise you that your application to participate as a non-resident counsel in the above referenced case has been granted. A fee in the amount **$150.00** is required for each case in which an attorney is permitted to participate as a non-resident counsel. Please forward the required fee of **$150.00, within 15 days of receipt of this notice,** with a copy of this notice to:

U.S. District Court
Clerk's Office
222 West 7th Avenue, #4
Anchorage, Alaska 99513

Distribution:
Finance

receipt # 00127506
1-27-06 smg  $150.00

Non-Resident Attorney Notice: Jan. 2006