IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
DARRIN FARRELL              )
                            )
           Plaintiff,       )
                            )
v.                          )
                            )
SYNTHES (U.S.A.),           )
                            )
           Defendant.       ) Case No.: 3:06-cv-00012-JWS
_____)
```

**SCHEDULING AND PLANNING CONFERENCE REPORT**

1.  **Meeting.** In accordance with FED. R. CIV. P. 26(f), a teleconference was held on February 2, 2006, and was attended by: David Shoup, attorney for Darrin Farrell, and Michael Geraghty and Christopher Tompkins, attorneys for Synthes.

2.  **Pre-Trial Disclosures.** The information required by FED. R. CIV. P. 26(a)(1), including witness lists will be exchanged by the parties within **30 days** of the court's scheduling order.

3.  **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

    Whether defendant's product was defectively designed, or did not carry proper warnings or instructions; whether such status caused injury to plaintiff; and the amount of damages for any injury so caused.

    Legal issues regarding expert witnesses may also be presented.

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
____

(907) 279-9574

4.   **Discovery Plan.**  The parties jointly propose to the court the following discovery plan.

A. All discovery commenced in time to be completed by **March 31, 2007**.

B. Limitations on Discovery.  There will be no change from FED. R. CIV. P. 33(a) for interrogatories, requests for admissions, or depositions.

C. Reports from Retained Experts:

From Plaintiff: Not later than **90 days** before the close of discovery.

From Defendant: Not later than **45 days** before the close of discovery.

D. Supplementation of disclosures and discovery requests are to be made as new information is acquired, but not later than 60 days before the close of discovery.

E. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due not later than **30 days** before the close of discovery.

5.   **Pretrial Motions.**  No changes from D.AK. LR 16.1(c).

6.   **Other Provisions.**

A. The parties do **not** request a conference with the court before entry of the scheduling order.

B. Alternative Dispute Resolution [D.AK. LR 16.2].  This case is not considered a candidate for court-annexed alternative dispute resolution.

C. The parties do not consent to trial before a magistrate judge.

D. All parties have complied with the Disclosure Requirements of FED. R. CIV. P. 7.1.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

      7.   **Trial.**

       A. This matter will be ready for trial **45 days** after the discovery close date.

       B. This matter is expected to take **5 days** to try.

       C. A jury was not demanded and there is no dispute about the right to jury trial.

DATED this 10th day of February, 2006, at Anchorage, Alaska.

By: /s/Michael C. Geraghty
Michael C. Geraghty
Bar No. 7811097
DeLisio Moran Geraghty & Zobel P.C.
943 W. 6th Avenue
Anchorage, AK 99501
Phone: (907) 279-9574
E-mail: mgeraghty@dmgz.com
Attorneys for Synthes

By: /s/Christopher Tompkins
Christopher Tompkins
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101
Phone: (206) 292-9988
E-mail: ctompkins@bpmlaw.com
Attorneys for Synthes

By: /s/David H. Shoup
David H. Shoup
Bar No. 8711106
Tindall Bennett & Shoup, P.C.
508 W. 2nd Ave., 3rd Floor
Anchorage, AK 99501
Phone: (907) 278-8533
Email: shoup@tindall-law.com
Attorneys for Darrin Farrell

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

100522 – Scheduling and Planning Conference Report
*Farrell v. Synthes (U.S.A.)*; Case No.: 3:06-cv-00012-JWS; Page 3 of 3