```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ALASKA

DARRIN FARRELL                 )
                               )
          Plaintiff,           )
                               )
v.                             )
                               )
SYNTHES (U.S.A.),              )
                               )
          Defendant.           ) Case No.: 3:06-cv-00012-JWS
_____)
```

**PRELIMINARY WITNESS LIST**

Defendant Synthes (U.S.A.) by and through its undersigned counsel, DeLisio Moran Geraghty & Zobel, P.C., pursuant to the Court's pretrial order dated March 8, 2006 hereby submits its witness list:

1. Dr. Brett Mason
   2741 Debarr Road
   Anchorage, AK 99504
   (907) 279-5589

   Dr. Mason was plaintiff's treating orthopedic surgeon. Synthes anticipates that Dr. Mason will have knowledge regarding plaintiff's initial injuries, plaintiff's orthopedic treatments, and Dr. Mason's choice and subsequent implantation of the subject Synthes Locking Calcaneal Plate and screws.

2. Will Rindom
   Synthes' Sales Consultant
   c/o DeLisio Moran Geraghty & Zobel, P.C.
   942 West Sixth Avenue
   Anchorage, AK 99501
   (907) 279-9574
   Attorney Client Privilege Applies

DeLisio Moran Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033

(907) 279-9574

Mr. Rindom was and is a Synthes' sales consultant for the Alaska area. Mr. Rindom may have knowledge concerning the indications for and implantation of the Synthes Locking Calcaneal Plate and screw products, and of plaintiff's surgical orthopedic treatment.

3. Various Synthes employees may testify regarding the design, material choice, and manufacture of the Synthes Locking Calcaneal Plate and screw product. Such individuals may also testify as to the warnings and instructions made available by Synthes to the medical community for these prescriptive devices. Such individuals may include, but not be limited to:

    a. John Disegi
       Group Manager – Materials and Testing
       c/o DeLisio Moran Geraghty & Zobel, P.C.
       942 West Sixth Avenue
       Anchorage, AK 99501
       (907) 279-9574
       Attorney Client Privilege Applies

    b. Scott Peterson
       Senior Product Development Engineer
       c/o DeLisio Moran Geraghty & Zobel, P.C.
       942 West Sixth Avenue
       Anchorage, AK 99501
       (907) 279-9574
       Attorney Client Privilege Applies

    c. Jessie B. Hill, Esq.
       Vice President Legal Affairs
       c/o DeLisio Moran Geraghty & Zobel, P.C.
       942 West Sixth Avenue
       Anchorage, AK 99501
       (907) 279-9574
       Attorney Client Privilege Applies

4. All witnesses listed by any other party.

5. All named parties.

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033

(907) 279-9574

6. Any witness necessary to authenticate pertinent documents.

7. Rebuttal witnesses.

8. Any person whose deposition is taken during the course of discovery.

9. Any person subsequently identified in the course of future discovery.

10. All health care providers consulted by plaintiff and identified during the course of discovery and/or depositions.

DATED this 24th day of March, 2006, at Anchorage, Alaska.

                       DeLisio Moran Geraghty & Zobel, P.C.
                       Attorneys for Synthes (U.S.A.)

                            /s/ Michael C. Geraghty
By: _____
    Michael C. Geraghty
    Bar No. 7811097
    E-mail: mgeraghty@dmgz.com
    Adolf V. Zeman
    Bar No. 0411082
    E-mail: azeman@dmgz.com
    DeLisio Moran Geraghty & Zobel P.C.
    943 W. 6th Avenue
    Anchorage, AK 99501
    Phone: (907) 279-9574
    Fax: (907) 276-4231

This is to certify that a true copy of
the foregoing was served via electronic
service or U.S. Mail this 24th day of
March, 2006, to the following:

David H. Shoup, Esq.
Tindall Bennett & Shoup, P.C.
508 W. 2nd Ave., 3rd Floor
Anchorage, AK 99501

   /s/ Juliana Wood
By _____
   Juliana Wood

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574

101651 – Preliminary Witness List
*Farrell v. Synthes (U.S.A.)*; Case No.: 3:06-cv-00012-JWS; Page 3 of 3