IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARRIN FARRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-CIV-00012 (JWS) |
| ) | |
| SYNTHES USA, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S PRELIMINARY WITNESS LIST**

Plaintiff, by and through counsel, submits his preliminary witness list as follows:

1.  Darrin Farrell
    c/o David H. Shoup
    TINDALL BENNETT & SHOUP
    508 W. 2nd Avenue, Third Floor
    Anchorage, Alaska 99501
    (907) 278-8533

2.  Bret L. Mason, D.O.
    2751 DeBarr Road, Suite 300
    Anchorage, Alaska 99508
    (907) 279-5589

Dr. Mason has knowledge about the reconstructive surgery and the Synthes Calcaneal plate and screws used on Mr. Farrell.

3.  Rick Scott
    6307 Arctic Spur Boulevard
    Anchorage, Alaska 99518
    (907) 563-3030

Mr. Scott is Mr. Farrell's superior at K&L Distributors and has knowledge of the non-economic damage aspects of Mr. Farrell's claim, along with information on time Mr. Farrell was required to take off following the April 15, 2002 surgery to remove the broken hardware.

4. Wes Kelso
6307 Arctic Spur Boulevard
Anchorage, Alaska 99518
(907) 563-3030

Mr. Kelso is a co-worker of Mr. Farrell's at K&L Distributors and has knowledge of the non-economic damage aspects of Mr. Farrell's claim, along with information about the time Mr. Farrell was required to take off following the April 15, 2002 surgery to remove the broken hardware.

5. All witnesses identified in the other parties' witness list.

6. All witnesses identified in the parties' initial disclosures.

7. All witnesses necessary to authenticate documents.

8. All witnesses necessary for rebuttal.

DATED this 21ST day of March, 2006.

TINDALL BENNETT & SHOUP
Attorneys for Plaintiff

By: _____
David H. Shoup
ABA #8711106

I HEREBY CERTIFY that on this 24th day of March, 2006, a true and correct copy of the foregoing sent to the following via:

☒ Mailed   ☐ Hand Delivered   ☐ Fax
☒ Electronic
Michael C. Geraghty
DeLisio Moran Geraghty & Zobel
943 W. 6th Avenue
Anchorage, AK 99501

Christopher W. Tompkins
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101

By: _____
Tindall Bennett & Shoup