IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARRIN FARRELL                )<br>                               )<br>          Plaintiff,          )<br>                               )<br>v.                             )<br>                               )<br>SYNTHES (U.S.A.),              )<br>                               )<br>          Defendant.           ) Case No.: 3:06-cv-00012-JWS<br>_____) | |

### **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, by and through his undersigned counsel, and the Defendant, by and through its undersigned counsel,

NOW HEREBY agree and stipulate to dismiss the above-referenced matter, with prejudice, each side to bear its own costs and fees.

```
                              DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
                              Attorneys for Defendant
                              Synthes (U.S.A.)

                                   /s/ Michael C. Geraghty
Dated:  7/20/06         By:_____
                              Michael C. Geraghty
                              Bar No. 7811097
                              DeLisio Moran Geraghty & Zobel, P.C.
                              943 W. 6th Avenue
                              Anchorage, AK 99501
                              Phone: (907) 279-9574
                              Fax: (907) 276-4231
                              E-mail: mgeraghty@dmgz.com
```

DeLISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

104080 – Stipulation for Dismissal with Prejudice
*Farrell v. Synthes (U.S.A.)*; Case No.: 3:06-cv-00012-JWS; Page 1 of 2

```
                                TINDALL BENNETT & SHOUP, P.C.
                                Attorneys for Plaintiff
                                Darrin Farrell

                                      /s/ David H. Shoup
Dated:  7/20/06           By:
                                David H. Shoup, Esq.
                                Bar No. 8711106
                                Tindall Bennett & Shoup, P.C.
                                508 W. 2nd Ave., 3rd Floor
                                Anchorage, Alaska 99501
                                Phone: (907) 278-8533
                                Fax:   (907) 278-8536
                                Email: Shoup@Tindall-law.com
```

This is to certify that a true copy of the foregoing was served via electronic service or U.S. Mail this 24th day of July, 2006, to the following:

David H. Shoup, Esq.
Tindall Bennett & Shoup, P.C.
508 W. 2nd Ave., 3rd Floor
Anchorage, AK 99501

By   /s/ Juliana Wood
     Juliana Wood

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

104080 – Stipulation for Dismissal with Prejudice
*Farrell v. Synthes (U.S.A.)*; Case No.: 3:06-cv-00012-JWS; Page 2 of 2