IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
DARRIN FARRELL                    )
                                  )
            Plaintiff,            )
                                  )
v.                                )
                                  )
SYNTHES (U.S.A.),                 )
                                  )
            Defendant.            ) Case No.: 3:06-cv-00012-JWS
_____)
```

**[PROPOSED] ORDER RE: DISMISSAL**

Having reviewed the foregoing Stipulation for Dismissal with Prejudice submitted by the parties,

IT IS SO ORDERED.

Dated: _____          _____
                                        THE HONORABLE JOHN W. SEDWICK
                                        UNITED STATES DISTRICT COURT JUDGE


This is to certify that a true copy of
the foregoing was served via electronic
service or U.S. Mail this 24th day of
July, 2006, to the following:

David H. Shoup, Esq.
Tindall Bennett & Shoup, P.C.
508 W. 2nd Ave., 3rd Floor
Anchorage, AK 99501

By: /s/ Juliana Wood
    Juliana Wood

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574

104082 –Order Re: Stipulation for Dismissal with Prejudice
*Farrell v. Synthes (U.S.A.)*; Case No.: 3:06-cv-00012-JWS; Page 1 of 1